

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 14, 2022

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Tameek White*, 22 Mag. 7150**

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the Complaint, 22 Mag. 7150, and related arrest warrant for defendant Tameek White in the captioned case, as the Defendant has been arrested.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                       by: _____
                                Benjamin Klein
                                Assistant United States Attorney
                                (914) 993-1908

**SO ORDERED.**

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge
Dated: October 14, 2022