# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  March 10, 2023
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,
                Plaintiff

    -against-

Tameek White,
                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-mj-7150

TO ALL PARTIES:

The Court has scheduled a waiver of indictment for 3/16/2023 at 2:30 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

**<u>MASKS ARE STILL REQUIRED IN COURTROOM 420.</u>**

Please refer to the Court's website for the latest COVID protocols.

As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19, which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  3/10/2023
       White Plains, New York

                                          SO ORDERED:

                                          s/      PED
                                          _____
                                          PAUL E. DAVISON
                                          United States Magistrate Judge